# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Sedef Gulsan**  : CHAPTER 13
:
:
: CASE NO.
**Debtor**  :
:

## CERTIFICATION OF NO PAYMENT ADVICES
### pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, Sedef Gulsan, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

\_\_\_\_ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

\_\_\_\_ I have received no regular income other than Veteran Disability and Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

\_\_X\_\_ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals. I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

\_\_\_\_ I did not receive payment advices due to factors other than those listed above. I received monthly payment as a 1099 for a hosting tv show on a Christian cable network.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 02/26/2025                                    _____
                                                                    Debtor