**COSTCO WHOLESALE**

Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027
425-313-8100

PAYMENT STATEMENT FOR PAY DATE 01/10/2025 - Biweekly

Federal EIN  91-1223280  Costco Wholesale Corporation

| | | | | | |
|---|---|---|---|---|---|
| Name | GALIP GULSAN | Payroll Area | US | Biweekly | |
| Address | 23 WHITE SPURCE LN | Pay Period | 12/23/2024 | 01/05/2025 | |
| | LEVITTOWN PA 19054 | Department | 0072 | Truck Driver | |
| | | Location | 00000175 | | |
| Employee # | (Hourly) | Pay Date | 01/10/2025 | | |
| Job Title | CLASS A DRIVER | | | | |

| Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|
| Federal | FED | Ma. Joint. | 00 | 0.00 |
| Primary State | NJ | Married | 02 | 0.00 |
| Secondary State | PA | Married | 02 | 0.00 |

If you encounter any problems printing your pay stub, please contact your payroll clerk.

Current Hours Worked  66.91     Base Rate  $35.45

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $35.45 | 48.00 | $1,701.60 | 48.00 | $1,701.60 |
| Holiday Pay | $35.45 | 16.00 | $567.20 | 16.00 | $567.20 |
| Sunday Premium Pay | $53.18 | 16.00 | $850.88 | 16.00 | $850.88 |
| Sunday Overtime | $53.18 | 2.91 | $154.75 | 2.91 | $154.75 |
| Total Current Payments | | 82.91 | $3,274.43 | 82.91 | $3,274.43 |
| **Total Payments** | | **82.91** | **$3,274.43** | **82.91** | **$3,274.43** |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $491.16 | $491.16 |
| FT EE Aetna Select | $80.00 | $80.00 |
| Network Dental | $12.00 | $12.00 |
| Total Pre Tax Deductions | $583.16 | $583.16 |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| Federal   FED | | | | |
| TX Withholding Tax | $2,698.58 | $166.94 | $2,698.58 | $166.94 |
| TX EE Social Security Tax | $3,189.74 | $197.76 | $3,189.74 | $197.76 |
| TX EE Medicare Tax | $3,189.74 | $46.25 | $3,189.74 | $46.25 |
| New Jersey   NJ | | | | |
| TX EE Unemployment Tax | $3,281.74 | $12.55 | $3,281.74 | $12.55 |
| TX EE Workforce Devlpmt T | $3,281.74 | $1.39 | $3,281.74 | $1.39 |
| TX EE Disability Tax | $3,281.74 | $7.55 | $3,281.74 | $7.55 |
| TX EE Family Leave Insur | | $10.83 | | $10.83 |
| Pennsylvania   PA | | | | |
| TX Withholding Tax | $3,182.43 | $97.70 | $3,182.43 | $97.70 |
| Bristol Township   PA7K | | | | |
| TX Withholding Tax | $3,182.43 | $15.91 | $3,182.43 | $15.91 |
| Total Taxes | | $556.88 | | $556.88 |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Costco Workplace Giving | $65.00 | $65.00 |
| Orders | $327.44 | $327.44 |
| Total After Tax Deductions | $392.44 | $392.44 |
| **Net Payment** | **$1,741.95** | **$1,741.95** |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $7.31 | $7.31 |
| Total Other Benefits | $7.31 | $7.31 |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Floating Holiday | 8.00 | | | 8.00 |
| Sick Time | 22.06 | | | 22.06 |
| Sick and Personal | 133.69 | 2.51 | | 136.20 |
| Vacation | 16.00 | | | 16.00 |

Leave Balance Summary

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $3,274.43 | | $583.16 | | $556.88 | | $392.44 | | $1,741.95 |
| YTD | $3,274.43 | | $583.16 | | $556.88 | | $392.44 | | $1,741.95 |
| Hours(Extra Check Eligibility) | 4816.49 | | | | | | | | |

Check/Transfer Information

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 124085260 | Goldman Sachs Bank USA | ....5869 | Direct Deposit | $87.10 | |
| 036001808 | TD Bank National Association | ....3527 | Direct Deposit | $435.49 | |
| 031301422 | Fulton Bank National Association | ....6116 | Direct Deposit | $174.20 | |
| 036001808 | TD Bank National Association | ....1309 | Direct Deposit | $1,045.16 | |

**COSTCO WHOLESALE**

Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027
425-313-8100

PAYMENT STATEMENT FOR PAY DATE 01/24/2025 – Biweekly

Federal EIN 91-1223280 Costco Wholesale Corporation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | GALIP GULSAN | **Payroll Area** | US | Biweekly | **Tax Data** | | |
| **Address** | 23 WHITE SPURCE LN | **Pay Period** | 01/06/2025 | 01/19/2025 | | **Tax Area Code** | **Filing Status** | **Allowances** | **Addl. Amt.** |
| | LEVITTOWN PA 19054 | **Department** | 0072 | Truck Driver | Federal | FED | Ma. Joint. | 00 | 0.00 |
| | | **Location** | 00000175 | | Primary State | NJ | Married | 02 | 0.00 |
| **Employee #** | (Hourly) | **Pay Date** | 01/24/2025 | | Secondary State | PA | Married | 02 | 0.00 |
| **Job Title** | CLASS A DRIVER | | | | | | | | |

If you encounter any problems printing your pay stub, please contact your payroll clerk.

**Current Hours Worked** 78.48  **Base Rate** $35.45

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $35.45 | 56.00 | $1,985.20 | 104.00 | $3,686.80 |
| Holiday Pay | | | | 16.00 | $567.20 |
| Overtime | $53.18 | 5.35 | $284.51 | 5.35 | $284.51 |
| Sunday Premium Pay | $53.18 | 16.00 | $850.88 | 32.00 | $1,701.76 |
| Sunday Overtime | $53.18 | 1.13 | $60.09 | 4.04 | $214.84 |
| Floating Holiday-Hourly | $35.45 | 8.00 | $283.60 | 8.00 | $283.60 |
| **Total Current Payments** | | 86.48 | $3,464.28 | 169.39 | $6,738.71 |
| **Total Payments** | | 86.48 | $3,464.28 | 169.39 | $6,738.71 |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $519.64 | $1,010.80 |
| FT EE Aetna Select | $80.00 | $160.00 |
| Network Dental | $12.00 | $24.00 |
| **Total Pre Tax Deductions** | $611.64 | $1,194.80 |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| Federal    FED | | | | |
| TX Withholding Tax | $2,859.95 | $186.31 | $5,558.53 | $353.25 |
| TX EE Social Security Tax | $3,379.59 | $209.54 | $6,569.33 | $407.30 |
| TX EE Medicare Tax | $3,379.59 | $49.01 | $6,569.33 | $95.26 |
| New Jersey    NJ | | | | |
| TX EE Unemployment Tax | $3,471.59 | $13.28 | $6,753.33 | $25.83 |
| TX EE Workforce Devlpmt T | $3,471.59 | $1.48 | $6,753.33 | $2.87 |
| TX EE Disability Tax | $3,471.59 | $7.98 | $6,753.33 | $15.53 |
| TX EE Family Leave Insur | | $11.46 | | $22.29 |
| Pennsylvania    PA | | | | |
| TX Withholding Tax | $3,372.28 | $103.53 | $6,554.71 | $201.23 |
| Bristol Township    PA7K | | | | |
| TX Withholding Tax | $3,372.28 | $16.86 | $6,554.71 | $32.77 |
| **Total Taxes** | | $599.45 | | $1,156.33 |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Costco Workplace Giving | | $65.00 |
| Orders | $346.43 | $673.87 |
| **Total After Tax Deductions** | $346.43 | $738.87 |
| **Net Payment** | **$1,906.76** | **$3,648.71** |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $7.31 | $14.62 |
| **Total Other Benefits** | $7.31 | $14.62 |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Floating Holiday | 8.00 | | 8.00 | 0.00 |
| Sick Time | 22.06 | | | 22.06 |
| Sick and Personal | 136.20 | | | 136.20 |
| Vacation | 16.00 | | | 16.00 |

Leave Balance Summary

| Summary | Total Payments | − | Pre-Tax Deductions | − | Taxes | − | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $3,464.28 | | $611.64 | | $599.45 | | $346.43 | | $1,906.76 |
| YTD | $6,738.71 | | $1,194.80 | | $1,156.33 | | $738.87 | | $3,648.71 |
| Hours(Extra Check Eligibility) | 4730.01 | | | | | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 124085260 | Goldman Sachs Bank USA | ....5869 | Direct Deposit | $95.34 | |
| 036001808 | TD Bank National Association | ....3527 | Direct Deposit | $476.69 | |
| 031301422 | Fulton Bank National Association | ....6116 | Direct Deposit | $190.68 | |
| 036001808 | TD Bank National Association | ....1309 | Direct Deposit | $1,144.05 | |

**COSTCO WHOLESALE**

Costco Wholesale Corporation
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE** 02/07/2025 - Biweekly

Federal EIN  91-1223280  Costco Wholesale Corporation

| Name | GALIP GULSAN | Payroll Area | US | Biweekly | | Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | 23 WHITE SPURCE LN | Pay Period | 01/20/2025 | 02/02/2025 | | Federal | FED | Ma. Joint. | 00 | 0.00 |
| | LEVITTOWN PA 19054 | Department | 0072 | Truck Driver | | Primary State | NJ | Married | 02 | 0.00 |
| | | Location | 00000175 | | | Secondary State | PA | Married | 02 | 0.00 |
| Employee # | (Hourly) | Pay Date | 02/07/2025 | | | | | | | |
| Job Title | CLASS A DRIVER | | | | | | | | | |

If you encounter any problems printing your pay stub, please contact your payroll clerk.

Current Hours Worked  84.98   Base Rate  $35.45

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $35.45 | 64.00 | $2,268.80 | 168.00 | $5,955.60 |
| Holiday Pay | | | | 16.00 | $567.20 |
| Overtime | $53.18 | 1.72 | $91.47 | 7.07 | $375.98 |
| Sunday Premium Pay | $53.18 | 16.00 | $850.88 | 48.00 | $2,552.64 |
| Sunday Overtime | $53.18 | 3.26 | $173.36 | 7.30 | $388.20 |
| Floating Holiday-Hourly | | | | 8.00 | $283.60 |
| **Total Current Payments** | | 84.98 | $3,384.51 | 254.37 | $10,123.22 |
| **Total Payments** | | 84.98 | $3,384.51 | 254.37 | $10,123.22 |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $507.68 | $1,518.48 |
| FT EE Aetna Select | $80.00 | $240.00 |
| Network Dental | $12.00 | $36.00 |
| **Total Pre Tax Deductions** | $599.68 | $1,794.48 |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| **Federal**   FED | | | | |
| TX Withholding Tax | $2,792.14 | $178.17 | $8,350.67 | $531.42 |
| TX EE Social Security Tax | $3,299.82 | $204.59 | $9,869.15 | $611.89 |
| TX EE Medicare Tax | $3,299.82 | $47.84 | $9,869.15 | $143.10 |
| **New Jersey**   NJ | | | | |
| TX EE Unemployment Tax | $3,391.82 | $12.98 | $10,145.15 | $38.81 |
| TX EE Workforce Devlpmt T | $3,391.82 | $1.44 | $10,145.15 | $4.31 |
| TX EE Disability Tax | $3,391.82 | $7.80 | $10,145.15 | $23.33 |
| TX EE Family Leave Insur | | $11.19 | | $33.48 |
| **Pennsylvania**   PA | | | | |
| TX Withholding Tax | $3,292.51 | $101.08 | $9,847.22 | $302.31 |
| **Bristol Township**   PA7K | | | | |
| TX Withholding Tax | $3,292.51 | $16.46 | $9,847.22 | $49.23 |
| **Total Taxes** | | $581.55 | | $1,737.88 |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Costco Workplace Giving | | $65.00 |
| Orders | $338.45 | $1,012.32 |
| **Total After Tax Deductions** | $338.45 | $1,077.32 |
| **Net Payment** | $1,864.83 | $5,513.54 |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $7.31 | $21.93 |
| **Total Other Benefits** | $7.31 | $21.93 |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Sick Time | 22.06 | | | 22.06 |
| Sick and Personal | 136.20 | | | 136.20 |
| Vacation | 16.00 | | | 16.00 |

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $3,384.51 | | $599.68 | | $581.55 | | $338.45 | | $1,864.83 |
| YTD | $10,123.22 | | $1,794.48 | | $1,737.88 | | $1,077.32 | | $5,513.54 |
| Hours(Extra Check Eligibility) | 4645.03 | | | | | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 124085260 | Goldman Sachs Bank USA | ....5869 | Direct Deposit | $93.24 | |
| 036001808 | TD Bank National Association | ....3527 | Direct Deposit | $466.21 | |
| 031301422 | Fulton Bank National Association | ....6116 | Direct Deposit | $279.72 | |
| 036001808 | TD Bank National Association | ....1309 | Direct Deposit | $1,025.66 | |

# COSTCO WHOLESALE

**Costco Wholesale Corporation**
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE** 02/21/2025 – Biweekly

**Federal EIN** 91-1223280 Costco Wholesale Corporation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | GALIP GULSAN | **Payroll Area** | US | Biweekly | | | |
| **Address** | 23 WHITE SPURCE LN | **Pay Period** | 02/03/2025 | 02/16/2025 | | | |
| | LEVITTOWN PA 19054 | **Department** | 0072 | Truck Driver | | | |
| | | **Location** | 00000175 | | | | |
| **Employee #** | (Hourly) | **Pay Date** | 02/21/2025 | | | | |
| **Job Title** | CLASS A DRIVER | | | | | | |

| Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|
| Federal | FED | Ma. Joint. | 00 | 0.00 |
| Primary State | NJ | Married | 02 | 0.00 |
| Secondary State | PA | Married | 02 | 0.00 |

*If you encounter any problems printing your pay stub, please contact your payroll clerk.*

**Current Hours Worked** 72.35  **Base Rate** $35.45

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $35.45 | 56.00 | $1,985.20 | 224.00 | $7,940.80 |
| Holiday Pay | $35.45 | 8.00 | $283.60 | 24.00 | $850.80 |
| Overtime | | | | 7.07 | $375.98 |
| Sunday Premium Pay | $53.18 | 16.00 | $850.88 | 64.00 | $3,403.52 |
| Sick Leave Payoff | $35.45 | 56.20 | $1,992.29 | 56.20 | $1,992.29 |
| Sunday Overtime | $53.18 | 0.35 | $18.61 | 7.65 | $406.81 |
| Floating Holiday-Hourly | | | | 8.00 | $283.60 |
| **Total Current Payments** | | 136.55 | $5,130.58 | 390.92 | $15,253.80 |
| **Total Payments** | | 136.55 | $5,130.58 | 390.92 | $15,253.80 |

| Pre Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| 401k EE Contrib-Non Union | $470.74 | $1,989.22 |
| FT EE Aetna Select | $80.00 | $320.00 |
| Network Dental | $12.00 | $48.00 |
| **Total Pre Tax Deductions** | $562.74 | $2,357.22 |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| **Federal** FED | | | | |
| TX Withholding Tax | $4,597.69 | $394.84 | $12,948.36 | $926.26 |
| TX EE Social Security Tax | $5,068.43 | $314.24 | $14,937.58 | $926.13 |
| TX EE Medicare Tax | $5,068.43 | $73.49 | $14,937.58 | $216.59 |
| **New Jersey** NJ | | | | |
| TX EE Unemployment Tax | $5,160.43 | $19.73 | $15,305.58 | $58.54 |
| TX EE Workforce Devlpmt T | $5,160.43 | $2.19 | $15,305.58 | $6.50 |
| TX EE Disability Tax | $5,160.43 | $11.87 | $15,305.58 | $35.20 |
| TX EE Family Leave Insur | | $17.03 | | $50.51 |
| **Pennsylvania** PA | | | | |
| TX Withholding Tax | $5,038.58 | $154.68 | $14,885.80 | $456.99 |
| **Bristol Township** PA7K | | | | |
| TX Withholding Tax | $5,038.58 | $25.19 | $14,885.80 | $74.42 |
| **Total Taxes** | | $1,013.26 | | $2,751.14 |

| After Tax Deductions | Current Amount | YTD Amount |
|---|---|---|
| Costco Workplace Giving | | $65.00 |
| Orders | $513.06 | $1,525.38 |
| **Total After Tax Deductions** | $513.06 | $1,590.38 |
| **Net Payment** | $3,041.52 | $8,555.06 |

| Other Benefits and Information | Current Amount | YTD Amount |
|---|---|---|
| Group Term Life | $29.85 | $51.78 |
| **Total Other Benefits** | $29.85 | $51.78 |

| Leave Balance Summary | Beginning Balance | Earned | Current Pay Period Activity | Total Balance |
|---|---|---|---|---|
| Floating Holiday | 0.00 | 8.00 | | 8.00 |
| Sick Time | 22.06 | | | 22.06 |
| Sick and Personal | 136.20 | 2.23 | 56.20 | 82.23 |
| Vacation | 16.00 | 80.00 | | 96.00 |

**Leave Balance Summary**

| Summary | Total Payments | - Pre-Tax Deductions | - Taxes | - After Tax Deductions | = Net Payment |
|---|---|---|---|---|---|
| Current Period | $5,130.58 | $562.74 | $1,013.26 | $513.06 | $3,041.52 |
| YTD | $15,253.80 | $2,357.22 | $2,751.14 | $1,590.38 | $8,555.06 |
| Hours(Extra Check Eligibility) | 4564.68 | | | | |

| Check/Transfer Information | | | | | |
|---|---|---|---|---|---|
| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
| 124085260 | Goldman Sachs Bank USA | ....5869 | Direct Deposit | $152.08 | |
| 036001808 | TD Bank National Association | ....3527 | Direct Deposit | $760.38 | |
| 031301422 | Fulton Bank National Association | ....6116 | Direct Deposit | $456.23 | |
| 036001808 | TD Bank National Association | ....1309 | Direct Deposit | $1,672.83 | |

Case 25-10797    Doc 8    Filed 02/27/25    Entered 02/27/25 14:42:33    Desc Main
Document      Page 5 of 5

| Check/Transfer Information | | | | | |
|---|---|---|---|---|---|
| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
| 124085260 | Goldman Sachs Bank USA | ....5869 | Direct Deposit | $152.08 | |
| 036001808 | TD Bank National Association | ....3527 | Direct Deposit | $760.38 | |
| 031301422 | Fulton Bank National Association | ....6116 | Direct Deposit | $456.23 | |
| 036001808 | TD Bank National Association | ....1309 | Direct Deposit | $1,672.83 | |