**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sedef** | | **Gulsan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Galip** | | **Gulsan** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number (if known) **25-10797**

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

*Column A* **Amount of claim** Do not deduct the value of collateral.
*Column B* **Value of collateral that supports this claim**
*Column C* **Unsecured portion** If any

**2.1** **Internal Revenue Service**
Creditor's Name
**Centralized Insolvency Operation**
**PO Box 7346**
Number    Street
**Philadelphia, PA 19101-7346**
City      State     ZIP Code

Describe the property that secures the claim: **$123,780.63**   **$672,000.00**   **$0.00**

**23 White Spruce Ln Levittown, PA 19054-3103**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   **$123,780.63**

Debtor 1  **Sedef**     **Gulsan**  
Debtor 2  **Galip**     **Gulsan**  
          First Name     Middle Name     Last Name

Case number *(if known)* **25-10797**

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

**Part 1:** Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

**2.2** **Pennsylvania Department of Revenue**  
Creditor's Name  
**Bankruptcy Division**  
**1 Revenue Pl**  
Number    Street  
**Harrisburg, PA 17129-0001**  
City    State    ZIP Code

**Who owes the debt?** Check one.  
☐ Debtor 1 only  
☐ Debtor 2 only  
☑ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**  
**23 White Spruce Ln Levittown, PA 19054-3103**

**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Nature of lien.** Check all that apply.  
☐ An agreement you made (such as mortgage or secured car loan)  
☑ Statutory lien (such as tax lien, mechanic's lien)  
☐ Judgment lien from a lawsuit  
☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: **$5,686.74**    Column B: **$672,000.00**    Column C: **$0.00**

---

**2.3** **PHH Mortgage**  
Creditor's Name  
**1 Mortgage Way**  
Number    Street  

**Mount Laurel, NJ 08054-4637**  
City    State    ZIP Code

**Who owes the debt?** Check one.  
☑ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ **Check if this claim relates to a community debt**

**Date debt was incurred** **11/1/2006**

**Describe the property that secures the claim:**  
**23 White Spruce Ln Levittown, PA 19054-3103**

**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Nature of lien.** Check all that apply.  
☑ An agreement you made (such as mortgage or secured car loan)  
☐ Statutory lien (such as tax lien, mechanic's lien)  
☐ Judgment lien from a lawsuit  
☐ Other (including a right to offset) _____

**Last 4 digits of account number** **5** **2** **8** **3**

Column A: **$199,255.00**    Column B: **$672,000.00**    Column C: **$0.00**

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** **$204,941.74**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** _____

| | | |
|---|---|---|
| Debtor 1 | **Sedef**            **Gulsan** | Case number *(if known)* **25-10797** |
| Debtor 2 | **Galip**            **Gulsan** | |
| | First Name    Middle Name    Last Name | |

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|
| **Part 1:** | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | | |

| 2.4 | **Toyota Motor Credit Corporation** | Describe the property that secures the claim: | $5,948.95 | $14,175.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |
| | **Attn: Bankruptcy** | **2020 Toyota Camry** | | | |
| | **PO Box 9013** | **As of the date you file, the claim is:** Check all that apply. | | | |
| | Number     Street | ☐ Contingent | | | |
| | **Addison, TX 75001** | ☐ Unliquidated | | | |
| | City    State    ZIP Code | ☐ Disputed | | | |
| | **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| | ☐ Debtor 1 only | ☑ An agreement you made (such as mortgage or secured car loan) | | | |
| | ☑ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit | | | |
| | ☐ At least one of the debtors and another | ☐ Other (including a right to offset) _____ | | | |
| | ☐ **Check if this claim relates to a community debt** | | | | |
| | **Date debt was incurred**    **2/1/2020** | **Last 4 digits of account number**    **0 0 0 1** | | | |

| | | |
|---|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | | **$5,948.95** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | | **$334,671.32** |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Sedef** | **Gulsan** |
| | First Name   Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Galip** | **Gulsan** |
| | First Name   Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Eastern District of Pennsylvania** | |
| Case number (if known) | **25-10797** | |

☑ Check if this is an amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Sedef Gulsan**          X **/s/ Galip Gulsan**
Sedef Gulsan, Debtor 1             Galip Gulsan, Debtor 2

Date **03/25/2025**               Date **03/25/2025**
  MM/ DD/ YYYY                      MM/ DD/ YYYY

Official Form 106Dec        **Declaration About an Individual Debtor's Schedules**