**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Sedef** | | **Gulsan** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | **Galip** | | **Gulsan** | |
| | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number **25-10797**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **Internal Revenue Service**
Priority Creditor's Name
**Centralized Insolvency Operation**
**PO Box 7346**
Number  Street
**Philadelphia, PA 19101-7346**
City  State  ZIP Code

Last 4 digits of account number __ __ __ __    **$15,245.69**   **$15,245.69**   **$0.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| Debtor 1 | **Sedef** | | **Gulsan** | Case number *(if known)* **25-10797** |
|---|---|---|---|---|
| Debtor 2 | **Galip** | | **Gulsan** | |
| | First Name | Middle Name | Last Name | |

### Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.2**

**Pennsylvania Department of Revenue**
Priority Creditor's Name

**Bankruptcy Division**

**1 Revenue Pl**
Number    Street

**Harrisburg, PA 17129-0001**
City        State      ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

Total claim: **$4,356.21**
Priority amount: **$4,356.21**
Nonpriority amount: **$0.00**

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
❏ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❏ Claims for death or personal injury while you were intoxicated
❏ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❏ Yes

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page **2** of **17**

| | | |
|---|---|---|
| Debtor 1 | **Sedef**            **Gulsan** | Case number *(if known)* **25-10797** |
| Debtor 2 | **Galip**            **Gulsan** | |
| | First Name    Middle Name    Last Name | |

### Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

---

**4.1** **Citadel FCU**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**520 Eagleview Blvd**
Number    Street
**Exton, PA 19341**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   0   0   0   2      **$5,484.00**
**When was the debt incurred?**   **4/1/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.2** **Citadel FCU**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**520 Eagleview Blvd**
Number    Street
**Exton, PA 19341**
City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   0   0   0   1      **$4,699.88**
**When was the debt incurred?**   **10/1/2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Debtor 1  **Sedef**     **Gulsan**  
Debtor 2  **Galip**     **Gulsan**  
    First Name    Middle Name    Last Name

Case number *(if known)* **25-10797**

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.3** **Citi Card**  
Nonpriority Creditor's Name  
**Attn: Bankruptcy**  
**PO Box 790040**  
Number    Street  
**St Louis, MO 36179-0040**  
City    State    ZIP Code

Last 4 digits of account number **1 0 2 9**  
When was the debt incurred? **7/1/2020**

**Total claim: $3,726.00**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

---

**4.4** **Citibank N.A.**  
Nonpriority Creditor's Name  
**Attn: Bankruptcy**  
**5800 S Corporate Pl**  
Number    Street  
**Sioux Falls, SD 57108-5027**  
City    State    ZIP Code

Last 4 digits of account number __ __ __ __  
When was the debt incurred?

**Total claim: $6,058.95**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Money Loaned**

---

| | | |
|---|---|---|
| Debtor 1 | **Sedef                    Gulsan** | Case number *(if known)* **25-10797** |
| Debtor 2 | **Galip                    Gulsan** | |
| | First Name    Middle Name    Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.5**  **Discover Financial**                                 Last 4 digits of account number   **5  8  7  1**          **$3,205.25**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                 When was the debt incurred?   **12/1/2020**

**2500 Lake Cook Rd**
Number         Street                                **As of the date you file, the claim is:** Check all that apply.
                                                     ❏ Contingent
**Riverwoods, IL 60015-3851**                        ❏ Unliquidated
City              State       ZIP Code               ❏ Disputed

**Who incurred the debt?** Check one.                **Type of NONPRIORITY unsecured claim:**
❏ Debtor 1 only                                      ❏ Student loans
☑ Debtor 2 only                                      ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debtor 1 and Debtor 2 only                         ❏ Debts to pension or profit-sharing plans, and other similar debts
❏ At least one of the debtors and another            ☑ Other. Specify  **CreditCard**
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**4.6**  **DSRM Nat Bank/Valero**                    Last 4 digits of account number   **0  0  0  0**          **$565.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                 When was the debt incurred?   **7/1/2019**

**One Valero Way**
Number         Street                                **As of the date you file, the claim is:** Check all that apply.
                                                     ❏ Contingent
**San Antonio, TX 78249**                            ❏ Unliquidated
City              State       ZIP Code               ❏ Disputed

**Who incurred the debt?** Check one.                **Type of NONPRIORITY unsecured claim:**
❏ Debtor 1 only                                      ❏ Student loans
❏ Debtor 2 only                                      ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                         ❏ Debts to pension or profit-sharing plans, and other similar debts
❏ At least one of the debtors and another            ☑ Other. Specify  **ChargeAccount**
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

| | | |
|---|---|---|
| Debtor 1 | **Sedef**        **Gulsan** | Case number *(if known)* **25-10797** |
| Debtor 2 | **Galip**        **Gulsan** | |
| | First Name    Middle Name    Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.7**  **Eagle Rock Associates**    Last 4 digits of account number __ __ __ __    **$1,838.18**
Nonpriority Creditor's Name

**c/o Michael J. Filippis, Esquire**    When was the debt incurred? _____

**276 Broad St Ste 1**
Number     Street    **As of the date you file, the claim is:** Check all that apply.

**Bloomfield, NJ 07003-3292**    ❏ Contingent
City     State     ZIP Code    ❏ Unliquidated
    ❏ Disputed

**Who incurred the debt?** Check one.
❏ Debtor 1 only    **Type of NONPRIORITY unsecured claim:**
❏ Debtor 2 only    ❏ Student loans
☑ Debtor 1 and Debtor 2 only    ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ At least one of the debtors and another    ❏ Debts to pension or profit-sharing plans, and other similar debts
❏ **Check if this claim is for a community debt**    ☑ Other. Specify _____

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**4.8**  **First National Bank/Legacy**    Last 4 digits of account number **7  8  8  9**    **$423.00**
Nonpriority Creditor's Name

**Attn: Bankruptcy**    When was the debt incurred? **12/1/2023**

**PO Box 5097**
Number     Street    **As of the date you file, the claim is:** Check all that apply.

**Sioux Falls, SD 57117-5097**    ❏ Contingent
City     State     ZIP Code    ❏ Unliquidated
    ❏ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only    **Type of NONPRIORITY unsecured claim:**
❏ Debtor 2 only    ❏ Student loans
❏ Debtor 1 and Debtor 2 only    ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ At least one of the debtors and another    ❏ Debts to pension or profit-sharing plans, and other similar debts
❏ **Check if this claim is for a community debt**    ☑ Other. Specify **CreditCard**

**Is the claim subject to offset?**
☑ No
❏ Yes

---

Debtor 1  **Sedef** **Gulsan**  
Debtor 2  **Galip** **Gulsan**  
First Name   Middle Name   Last Name

Case number *(if known)* **25-10797**

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

### 4.9 Internal Revenue Service
Nonpriority Creditor's Name  
**Centralized Insolvency Operation**  
**PO Box 7346**  
Number    Street  
**Philadelphia, PA 19101-7346**  
City    State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___    **$348,613.63**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 4.10 Kohl's
Nonpriority Creditor's Name  
**Attn: Credit Administrator**  
**PO Box 3043**  
Number    Street  
**Milwaukee, WI 53201-3043**  
City    State    ZIP Code

**Last 4 digits of account number** 3 9 9 6    **$551.00**

**When was the debt incurred?** **11/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **ChargeAccount**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor 1 | Sedef | | Gulsan | Case number *(if known)* 25-10797 |
|---|---|---|---|---|
| Debtor 2 | Galip | | Gulsan | |
| | First Name | Middle Name | Last Name | |

### Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                        **Total claim**

---

**4.11** **LVNV Funding, LLC**
Nonpriority Creditor's Name

**c/o Resurgent Capital Services**

**PO Box 10587**
Number          Street

**Greenville, SC 29603**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

**Last 4 digits of account number**   2  4  3  9              $1,510.98

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.12** **LVNV Funding, LLC**
Nonpriority Creditor's Name

**c/o Resurgent Capital Services**

**PO Box 10587**
Number          Street

**Greenville, SC 29603**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

**Last 4 digits of account number**   5  5  3  6              $959.70

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Judgement**

---

Debtor 1    **Sedef**          **Gulsan**      Case number *(if known)* **25-10797**
Debtor 2    **Galip**          **Gulsan**
         First Name     Middle Name     Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.13**  **LVNV Funding, LLC**
Nonpriority Creditor's Name
**c/o Resurgent Capital Services**
**PO Box 10587**
Number     Street
**Greenville, SC 29603**
City     State     ZIP Code

Last 4 digits of account number  **4  6  0  3**    **$942.95**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.14**  **LVNV Funding, LLC**
Nonpriority Creditor's Name
**c/o Resurgent Capital Services**
**PO Box 10587**
Number     Street
**Greenville, SC 29603**
City     State     ZIP Code

Last 4 digits of account number  **8  9  2  0**    **$845.28**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1  **Sedef**     **Gulsan**     Case number *(if known)* **25-10797**

Debtor 2  **Galip**     **Gulsan**
   First Name     Middle Name     Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.15**   **LVNV Funding, LLC**
Nonpriority Creditor's Name

**c/o Resurgent Capital Services**

**PO Box 10587**
Number     Street

**Greenville, SC 29603**
City     State     ZIP Code

**Last 4 digits of account number**  7  0  7  0     **$517.41**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**4.16**   **LVNV Funding, LLC**
Nonpriority Creditor's Name

**c/o Resurgent Capital Services**

**PO Box 10587**
Number     Street

**Greenville, SC 29603**
City     State     ZIP Code

**Last 4 digits of account number**  8  5  0  9     **$362.12**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Retail**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor 1  **Sedef Gulsan**   Case number *(if known)* **25-10797**
Debtor 2  **Galip Gulsan**
          First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

**4.17**  **Merrick Bank**    Last 4 digits of account number ___ ___ ___ ___    **$2,762.58**
Nonpriority Creditor's Name
**c/o Resurgent Capital Services**    When was the debt incurred?
**P.O. Box 10368**
Number    Street    As of the date you file, the claim is: Check all that apply.
**Greenville, SC 29603-0368**    ☐ Contingent
City    State    ZIP Code    ☐ Unliquidated
                             ☐ Disputed

**Who incurred the debt?** Check one.    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only    ☐ Student loans
☐ Debtor 2 only    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**    ☑ Other. Specify **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.18**  **Merrick Bank**    Last 4 digits of account number ___ ___ ___ ___    **$1,750.52**
Nonpriority Creditor's Name
**c/o Resurgent Capital Services**    When was the debt incurred?
**P.O. Box 10368**
Number    Street    As of the date you file, the claim is: Check all that apply.
**Greenville, SC 29603-0368**    ☐ Contingent
City    State    ZIP Code    ☐ Unliquidated
                             ☐ Disputed

**Who incurred the debt?** Check one.    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only    ☐ Student loans
☐ Debtor 2 only    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**    ☑ Other. Specify **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | |
|---|---|---|
| Debtor 1 | **Sedef**             **Gulsan** | Case number *(if known)* **25-10797** |
| Debtor 2 | **Galip**             **Gulsan** | |
| | First Name     Middle Name     Last Name | |

**Part 2:**    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.19**   **Midland Credit Management, Inc.**     Last 4 digits of account number   **5  1  7  3**     **$1,157.48**

Nonpriority Creditor's Name

**Po Box 2037**
Number     Street

**When was the debt incurred?**

**Warren, MI 48090-2037**
City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Judgment**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.20**   **Midland Credit Management, Inc.**     Last 4 digits of account number   **0  2  3  8**     **$1,261.63**

Nonpriority Creditor's Name

**Po Box 2037**
Number     Street

**When was the debt incurred?**

**Warren, MI 48090-2037**
City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Revolving Credit/Services Rendered**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| Debtor 1 | **Sedef**       **Gulsan** | Case number *(if known)* **25-10797** |
| Debtor 2 | **Galip**       **Gulsan** | |
| | First Name    Middle Name    Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.21** **Pennsylvania Department of Revenue**
Nonpriority Creditor's Name
**Bankruptcy Division**

**1 Revenue Pl**
Number    Street

**Harrisburg, PA 17129-0001**
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___    **$3,054.76**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Unpaid State Taxes**

**Is the claim subject to offset?**
☑ No
❏ Yes

---

**4.22** **PORTFOLIO RECOVERY ASSOCIATES, LLC**
Nonpriority Creditor's Name
**Po Box 41067**
Number    Street

**Norfolk, VA 23541-1067**
City    State    ZIP Code

Last 4 digits of account number **3 9 0 7**    **$1,064.95**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**Is the claim subject to offset?**
☑ No
❏ Yes

Debtor 1  **Sedef                              Gulsan**   Case number *(if known)* **25-10797**
Debtor 2  **Galip                              Gulsan**
          First Name   Middle Name   Last Name

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

**4.23**  **PORTFOLIO RECOVERY ASSOCIATES, LLC**   Last 4 digits of account number   **3  0  5  3**   **$742.70**
Nonpriority Creditor's Name
**Po Box 41067**   When was the debt incurred?
Number      Street

**Norfolk, VA 23541-1067**   As of the date you file, the claim is: Check all that apply.
City      State      ZIP Code
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.24**  **Quantum3 Group LLC**   Last 4 digits of account number   ___ ___ ___ ___   **$328.22**
Nonpriority Creditor's Name
**Concora Credit Inc.**   When was the debt incurred?

**PO Box 788**
Number      Street   As of the date you file, the claim is: Check all that apply.
**Kirkland, WA 98083-0788**
City      State      ZIP Code
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Money Loaned**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor 1 | **Sedef** | | **Gulsan** | Case number *(if known)* **25-10797** |
|---|---|---|---|---|
| Debtor 2 | **Galip** | | **Gulsan** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**    Total claim

**4.25  Quantum3 Group LLC**    Last 4 digits of account number ___ ___ ___ ___    **$359.93**
Nonpriority Creditor's Name
**Concora Credit Inc.**    **When was the debt incurred?** _____

**PO Box 788**
Number    Street    **As of the date you file, the claim is:** Check all that apply.
**Kirkland, WA 98083-0788**    ❏ Contingent
City    State    ZIP Code    ❏ Unliquidated
    ❏ Disputed

**Who incurred the debt?** Check one.    **Type of NONPRIORITY unsecured claim:**
❏ Debtor 1 only    ❏ Student loans
❏ Debtor 2 only    ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another    ❏ Debts to pension or profit-sharing plans, and other similar debts
❏ **Check if this claim is for a community debt**    ☑ Other. Specify  **Money Loaned**

**Is the claim subject to offset?**
☑ No
❏ Yes

**4.26  Quantum3 Group LLC**    Last 4 digits of account number ___ ___ ___ ___    **$333.95**
Nonpriority Creditor's Name
**Concora Credit Inc.**    **When was the debt incurred?** _____

**PO Box 788**
Number    Street    **As of the date you file, the claim is:** Check all that apply.
**Kirkland, WA 98083-0788**    ❏ Contingent
City    State    ZIP Code    ❏ Unliquidated
    ❏ Disputed

**Who incurred the debt?** Check one.    **Type of NONPRIORITY unsecured claim:**
❏ Debtor 1 only    ❏ Student loans
❏ Debtor 2 only    ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another    ❏ Debts to pension or profit-sharing plans, and other similar debts
❏ **Check if this claim is for a community debt**    ☑ Other. Specify  **Money Loaned**

**Is the claim subject to offset?**
☑ No
❏ Yes

| Debtor 1 | **Sedef** | | **Gulsan** | Case number *(if known)* **25-10797** |
|---|---|---|---|---|
| Debtor 2 | **Galip** | | **Gulsan** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

**4.27** **Resurgent Capital Services**     Last 4 digits of account number   **4  6  8  6**     **$1,544.62**
Nonpriority Creditor's Name

**Attn: Bankruptcy**     When was the debt incurred?

**PO Box 10587**
Number          Street     **As of the date you file, the claim is:** Check all that apply.

**Greenville, SC 29603**     ☐ Contingent
City          State          ZIP Code     ☐ Unliquidated
          ☐ Disputed

**Who incurred the debt?** Check one.     **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only     ☐ Student loans
☐ Debtor 2 only     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**     ☑ Other. Specify   **Retail**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    **Sedef**                 **Gulsan**          Case number *(if known)* **25-10797**

Debtor 2    **Galip**                 **Gulsan**
         First Name        Middle Name        Last Name

### Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $19,601.90 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $19,601.90 |

|  |  |  |  | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $394,664.67 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $394,664.67 |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Sedef** | **Gulsan** |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse, if filing) | **Galip** | **Gulsan** |
| | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | **Eastern District of Pennsylvania** | |
| Case number (if known) | **25-10797** | |

☑ Check if this is an amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Sedef Gulsan**　　　　　　　　　　　　X **/s/ Galip Gulsan**

Sedef Gulsan, Debtor 1　　　　　　　　　　　Galip Gulsan, Debtor 2

Date **03/25/2025**　　　　　　　　　　　　　Date **03/25/2025**
　　　MM/ DD/ YYYY　　　　　　　　　　　　　　　　MM/ DD/ YYYY