IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 25-10797 |
| | : | |
| SEDEF GULSAN | : | |
| GALIP GULSAN | : | |
| Debtors | : | CHAPTER 13 |

**PRAECIPE FOR ENTRY OF APPEARANCE**
**AND REQUEST FOR SERVICE OF NOTICE**

TO THE CLERK:

    Kindly enter my Appearance on behalf of Bucks County Tax Claim Bureau. Kindly place me on the service list of creditors to receive notice of future filings.

                  BY:  /s/ Michael K. Martin
                      Michael K. Martin, Esquire
                      Attorney I.D. # 204895
                      Attorney for Bucks County Tax Claim Bureau
                      P.O. Box 215
                      Perkasie, PA  18944
                      (215) 257-6811