## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Galip Gulsan and Sedef Gulsan,<br><br>*Debtors.* | Case No. 25-10797-PMM<br>Chapter 13 |

### Certificate of Service

I certify that on this date, I did cause a copy of the Corrected Statement of Social Security Number and the Notice of Bankruptcy to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

Date: April 23, 2025

Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

# Mailing List Exhibit

**Bucks County Tax Claim Bureau**
55 E Court St
Doylestown, PA 18901

**Bucks County Water & Sewer Authority**
Attn: Bankruptcy
1275 Almshouse Rd
Warrington, PA 18976-1209

**Citadel FCU**
Attn: Bankruptcy
520 Eagleview Blvd
Exton, PA 19341

**Citi Card**
Attn: Bankruptcy
PO Box 790040
St Louis, MO 36179-0040

**Citibank N.A.**
Attn: Bankruptcy
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Discover Financial**
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

**DSRM Nat Bank/Valero**
Attn: Bankruptcy
One Valero Way
San Antonio, TX 78249

**Eagle Rock Associates**
c/o Michael J. Filippis, Esquire
276 Broad St Ste 1
Bloomfield, NJ 07003-3292

**Equifax Information Services, LLC**
P.O. Box 740256
Atlanta, GA 30374-0256

**Experian**
P.O. Box 2104
Allen, TX 75013-0949

**Falls Township Tax Collector**
188 Lincoln Hwy
Fairless Hls, PA 19030-1016

**First National Bank/Legacy**
Attn: Bankruptcy
PO Box 5097
Sioux Falls, SD 57117-5097

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Kohl's**
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

**Law Office of Michael J. Filippis, LLC**
Attn: Bankruptcy
276 Broad St Ste 1
Bloomfield, NJ 07003-3292

**LVNV Funding, LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**Merrick Bank**
c/o Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

**Midland Credit Management, Inc.**
Po Box 2037
Warren, MI 48090-2037

**Pennsbury School District**
134 Yardley Ave
Levittown, PA 19054-1119

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**PHH Mortgage**
1 Mortgage Way
Mount Laurel, NJ 08054-4637

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
Po Box 41067
Norfolk, VA 23541-1067

**Quantum3 Group LLC**
Concora Credit Inc.
PO Box 788
Kirkland, WA 98083-0788

**RAS LaVrar, LLC**
425 Commerce Dr Ste 150
Ft Washington, PA 19034-2727

**Resurgent Capital Services**
Attn: Bankruptcy
PO Box 10587
Greenville, SC 29603

**Superior Court of New Jersey, Mercer County**
Attn: Bankruptcy
175 S Broad St
Trenton, NJ 08608-2401

**Toyota Motor Credit Corporation**
Attn: Bankruptcy
PO Box 9013
Addison, TX 75001

**TransUnion, LLC**
Consumer Disclosure Center
P.O. Box 1000
Chester, PA 19016

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683