# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: **SEDEF GULSAN**
**GALIP GULSAN** : Chapter 13
:
:
:
:
Debtor(s) : Bankruptcy No. 25-10797 PMM

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to Dismiss Case filed on May 19, 2025. Docket entry #28, #29 and cancel the hearing scheduled for 7/15/2025 at 1:00 P.M.

Respectfully submitted,

June 4, 2025

/s/ Kenneth E. West, Esq

Kenneth E. West
Chapter 13 Standing Trustee