UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Sedef Gulsen | |
| Galip Gulsan | : |
| | : BANKRUPTCY NO. 25-10797 pmm |
| Debtor (s) | |

## PRAECIPE TO WITHDRAW DOCUMENT (S)

TO THE CLERK

Kindly withdraw docket Entry No(s). 35

341 Meeting will be held on 6/27/2025 at 1:00 pm.

| | |
|---|---|
| Date: June 26, 2025 | Respectfully submitted |
| | /s/ Kenneth E. West, Esquire |
| | Kenneth E. West, Esquire |
| | Chapter 13 Standing Trustee |
| | 190 N. Independence Mall West Suite 701 |
| | Philadelphia, PA 19106 |