**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: SEDEF GULSAN | : | Chapter 13 |
| GALIP GULSAN | : | |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 25-10797 PMM |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to Dismiss Case filed on June 25, 2025. Docket entry #38, #39 and cancel the hearing scheduled for 8/19/2025 at 10:00 AM.

Respectfully submitted,

June 30, 2025

/s/ Kenneth E. West, Esq

Kenneth E. West
Chapter 13 Standing Trustee