# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Galip Gulsan and Sedef Gulsan,<br><br>*Debtors.* | Case No. 25-10797-PMM<br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on July 8, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Third Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: July 8, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Toyota Motor Credit Corporation**
PO Box 9013
Addison, TX 75001
Method of Service: First Class Mail

**PHH Mortgage Corporation**
Attn: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416
Method of Service: CM/ECF

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**Pennsylvania Department of Revenue**
Bankruptcy Division
PO BOX 280946
Harrisburg, PA 17128
Method of Service: First Class Mail