United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                 Case No. 25-10797-pmm
Sedef Gulsan                                                        Chapter 13
Galip Gulsan
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                           Page 1 of 3
Date Rcvd: Aug 20, 2025                              Form ID: 155                                     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**          **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Sedef Gulsan, Galip Gulsan, 23 White Spruce Ln, Levittown, PA 19054-3103 |
| 14982667 | + | Bucks County Tax Claim Bureau, 55 E Court St, Doylestown, PA 18901-4318 |
| 14994288 | + | Bucks County Tax Claim Bureau, c/o Michael K. Martin, Esq., P.O. Box 215, Perkasie PA 18944-0215 |
| 14994300 | + | Bucks County Tax Clam Bureau, c/o Kelly L. Eberle, Esq., P.O. Box 215, Perkasie PA 18944-0215 |
| 14982668 | | Bucks County Water & Sewer Authority, Attn: Bankruptcy, 1275 Almshouse Rd, Warrington, PA 18976-1209 |
| 14982673 | | DSRM Nat Bank/Valero, Attn: Bankruptcy One Valero Way, San Antonio, TX 78249 |
| 14986553 | + | Deutsche Bank National Trust Company, c/o Ryan Starks, Esq., Brock & Scott, PLLC, 3825 Forrestgate Drive, Winston Salem NC 27103-2930 |
| 14982674 | | Eagle Rock Associates, c/o Michael J. Filippis, Esquire, 276 Broad St Ste 1, Bloomfield, NJ 07003-3292 |
| 14982675 | | Falls Township Tax Collector, 188 Lincoln Hwy, Fairless Hls, PA 19030-1016 |
| 14982679 | | Law Office of Michael J. Filippis, LLC, Attn: Bankruptcy, 276 Broad St Ste 1, Bloomfield, NJ 07003-3292 |
| 14982683 | + | Pennsbury School District, 134 Yardley Ave, Levittown, PA 19054-1194 |
| 14982684 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14982692 | | Superior Court of New Jersey, Mercer County, Attn: Bankruptcy, 175 S Broad St, Trenton, NJ 08608-2401 |
| 14982695 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14991950 | + | Email/Text: bankruptcycollections@citadelbanking.com | Aug 21 2025 00:09:00 | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14982669 | + | Email/Text: bankruptcycollections@citadelbanking.com | Aug 21 2025 00:09:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14982670 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2025 00:25:03 | Citi Card, Attn: Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14982671 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2025 00:24:53 | Citibank N.A., Attn: Bankruptcy, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14986339 | + | Email/Text: EBN@brockandscott.com | Aug 21 2025 00:08:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14982672 | | Email/Text: mrdiscen@discover.com | Aug 21 2025 00:08:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15025434 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2025 00:08:00 | Department of Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15003387 | | Email/Text: mrdiscen@discover.com | Aug 21 2025 00:08:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14982676 | | Email/Text: BNSFN@capitalsvcs.com | | |

Case 25-10797-pmm    Doc 54    Filed 08/22/25    Entered 08/23/25 00:37:44    Desc Imaged
                                 Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: 155 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14982678 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2025 00:08:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14985454 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:13:18 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14982680 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:13:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14986224 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2025 00:24:33 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14982681 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 21 2025 00:13:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14982682 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2025 00:24:33 | Merrick Bank, c/o Resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| 14982687 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 21 2025 00:08:00 | Midland Credit Management, Inc., Po Box 2037, Warren, MI 48090-2037 |
| 15004587 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 21 2025 00:08:00 | PHH Mortgage, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14986340 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 21 2025 00:08:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14982688 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2025 00:08:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14982685 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2025 00:25:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, Po Box 41067, Norfolk, VA 23541-1067 |
| 14987191 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2025 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14982686 | ^ | MEBN | Aug 21 2025 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14982689 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2025 00:06:14 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14983903 | | Email/Text: bnc-quantum@quantum3group.com | Aug 21 2025 00:08:00 | Quantum3 Group LLC, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14982690 | | Email/Text: bknotice@raslavrar.com | Aug 21 2025 00:08:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14982691 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:08:00 | RAS LaVrar, LLC, 425 Commerce Dr Ste 150, Ft Washington, PA 19034-2727 |
| 14985407 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2025 00:24:33 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10587, Greenville, SC 29603-0587 |
| 14988721 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 21 2025 00:24:33 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14982693 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 21 2025 00:08:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14982694 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 21 2025 00:08:00 | Toyota Motor Credit Corporation, Attn: Bankruptcy, PO Box 9013, Addison, TX 75001-9013 |
| | | | Aug 21 2025 00:09:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 30

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2025 | Form ID: 155 | Total Noticed: 44 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14982677 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14994790 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2025                               Signature:              /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com  ksaborsky@grimlaw.com;bnorth@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Galip Gulsan help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Sedef Gulsan help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL KEVIN MARTIN | on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com  ksaborsky@grimlaw.com;bnorth@grimlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　Sedef Gulsan<br><br>　Galip Gulsan<br><br>　Debtor(s). | Case No. 25−10797−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 19, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court