**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>SEDEF GULSAN AND GALIP GULSAN<br>    Debtors | Case No. 25-10797-pmm<br><br>Chapter 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR3,<br>    Movant<br><br>vs.<br>SEDEF GULSAN AND GALIP GULSAN<br>    Respondents | <br><br><br><br><br><br><br><br>11 U.S.C. §362 |

**ORDER MODIFYING §362 AUTOMATIC STAY**

      **AND NOW**, this _____ day of _____, 20____, at **PHILADELPHIA**, upon Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR3 (Movant), it is:

      **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

      **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 23 White Spruce Lane, Levittown, Pennsylvania 19054 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises) , as to permit Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

      **ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor; and it is further

      **ORDERED** that Rule 4001(a)(4) is not applicable and may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

      **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.


                                                            _____
                                                            Patricia M. Mayer
                                                            BANKRUPTCY JUDGE