| Name: | Sedef Gulsan | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 25-10797 | | | | | |
| Filing Date: | 02/27/2025 | | | | | |
| Post First Due: | 03/01/2025 | | | | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| | 03/06/2025 | $ 1,392.69 | | $ 1,392.69 | $ 1,392.69 | |
| | 04/07/2025 | $ 1,385.19 | | $ 1,385.19 | $ 2,777.88 | |
| 03/01/2025 | 04/08/2025 | | $ 1,713.71 | $ (1,713.71) | $ 1,064.17 | |
| | 06/09/2025 | $ 1,385.19 | | $ 1,385.19 | $ 2,449.36 | |
| 04/01/2025 | 06/10/2025 | | $ 1,713.71 | $ (1,713.71) | $ 735.65 | |
| | 07/10/2025 | $ 1,385.19 | | $ 1,385.19 | $ 2,120.84 | |
| 05/01/2025 | 07/11/2025 | | $ 1,713.71 | $ (1,713.71) | $ 407.13 | |
| | 08/06/2025 | $ 1,385.19 | | $ 1,385.19 | $ 1,792.32 | |
| 06/01/2025 | 08/07/2025 | | $ 1,713.71 | $ (1,713.71) | $ 78.61 | |
| | | | | $ - | $ 78.61 | |
| | | | | $ - | $ 78.61 | |

| Name: | Sedef Gulsan | | | |
|---|---|---|---|---|
| BK Case Number: | 25-10797 | | | |
| Filing Date: | 02/27/2025 | | | |
| Due Date | Total Payment | P & I | Escrow | NOPC Filed Date |
| 07/01/2025 | $ 1,713.71 | $859.87 | $ 853.84 | |
| 08/01/2025 | $ 1,713.71 | $859.87 | $ 853.84 | |
| 09/01/2025 | $ 1,713.71 | $859.87 | $ 853.84 | |
| 10/01/2025 | $ 1,713.71 | $859.87 | $ 853.84 | |
| | $ - | | | |
| Total Due | $ 6,854.84 | $ 3,439.48 | $ 3,415.36 | |