**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Galip Gulsan and Sedef Gulsan,<br><br>*Debtors*. | Case No. 25-10797-PMM<br>Chapter 13 |

### Debtor's Objection to Motion for Relief from Stay

**AND NOW**, Debtors Galip Gulsan and Sedef Gulsan, by and through their attorney, hereby object to the Motion for Relief from Stay filed by Deutsche Bank National Trust Company.

Date: October 21, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by Deutsche Bank National Trust Company to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: October 21, 2025

/s/ Michael A. Cibik
Michael A. Cibik