# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>SEDEF GULSAN AND GALIP GULSAN<br>    Debtors | Case No. 25-10797-pmm |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR3,<br>    Movant | Chapter 13 |
| vs.<br>SEDEF GULSAN AND GALIP GULSAN<br>    Respondents | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this _____ day of _____, 2025, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Patricia M. Mayer
BANKRUPTCY JUDGE

SEDEF GULSAN
23 WHITE SPRUCE LN
LEVITTOWN, PA 19054-3103

GALIP GULSAN
23 WHITE SPRUCE LN
LEVITTOWN, PA 19054-3103

MICHAEL A. CIBIK
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST

190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107