## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>SEDEF GULSAN AND GALIP GULSAN<br>        Debtors | Case No. 25-10797-pmm |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR3,<br>        Movant<br><br>vs.<br>SEDEF GULSAN AND GALIP GULSAN<br>        Respondents | Chapter 13<br><br><br><br><br><br><br><br>11 U.S.C. §362 |

## ORDER

    **AND NOW**, this ___13th___ day of ___November_____ , 2025, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*Patricia M. Mayer*

_____

Hon. Patricia M. Mayer
BANKRUPTCY JUDGE