# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Galip Gulsan and Sedef Gulsan,<br><br>*Debtors.* | Case No. 25-10797-PMM<br>Chapter 13 |

## Motion to Modify Plan After Confirmation

Debtors Galip Gulsan and Sedef Gulsan, through their attorney, move this Court as follows:

1. The Debtors filed a bankruptcy petition on February 27, 2025. The plan was confirmed on August 20, 2025. The plan is a pro-rata plan.

2. A stipulation was recently approved between the Debtors and Deutsche Bank National Trust Company settling the Motion for Relief filed at ECF No. 55.

3. The Debtors want to amend their plan to roll-in the post-petition mortgage arrears in compliance with the terms of the stipulation.

4. The proposed plan rolls in the arrears and adjusts the budgeted amounts under section 2(e) of the plan to provide for the post-petition arrears.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 64 as the new confirmed plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: November 17, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik

Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com