# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Galip Gulsan and Sedef Gulsan, *Debtors.* | Case No. 25-10797-PMM<br>Chapter 13 |

### Order Granting Debtors' Motion to Modify Chapter 13 Plan

**AND NOW**, upon consideration of the Debtors' Motion to Modify Chapter 13 Plan filed as ECF No. 65 (the "Motion"), and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The modified plan filed as ECF No. 64 is **APPROVED**.

Date: _____

                                            Honorable Patricia M. Mayer
                                            U.S. Bankruptcy Judge