**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Galip Gulsan and Sedef Gulsan,<br><br>*Debtors.* | Case No. 25-10797-PMM<br>Chapter 13 |

**AMENDED CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on December 18, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan After Confirmation and Proposed Order

- Notice of Motion to Modify Plan After Confirmation

- Modified Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: December 18, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Bucks County Tax Claim Bureau**
55 E Court St
Doylestown, PA 18901

**PHH Mortgage Corporation**
1661 Worthington Rd.
Ste. 100
West Palm Beach, Florida 33409

**Method of Service - First Class Mail:**

**Bucks County Water & Sewer Authority**
Attn: Bankruptcy
1275 Almshouse Rd
Warrington, PA 18976-1209

**Citi Card**
Attn: Bankruptcy
PO Box 790040
St Lous, MO 36179-0040

**Citibank N.A.**
Attn: Bankruptcy
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Discover Financial**
Attn: Bankruptcy
2500 Lake Cook Rd Riverwoods, IL 60015-3851

**DSRM Nat Bank/Valero** Attn: Bankruptcy
One Valero Way
San Antonio, TX 78249

**Eagle Rock Associates**
c/o Michael J. Filippis, Esq
276 Broad St STE 1
Bloomfield, NJ 07003-3292

**Falls Township Tax Collector**
188 Lincoln Hwy
Fairless Hills, PA 19030-1016

**First National Bank/Legacy**
Attn: Bankruptcy
PO Box 5097
Sioux Falls, SD 57117-5097

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Kohl's**
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

**Law Office of Michael J. Filippis, LLC**
Attn: Bankruptcy
276 Bloomfield, NJ 07003-3292

**LVNV Funding, LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**Merrick Bank**
c/o Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

**Midland Credit Management, Inc.**
Po Box 2037
Warren, MI 48090-2037

**Pennsbury School District**
134 Yardley Ave
Levittown, PA 19054-1119

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**PHH Mortgage**
1 Mortgage Way
Mount Laurel, NJ 08054-4637

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
Po Box 41067
Norfolk, VA 23541-1067

**Quantum3 Group LLC**
Concora Credit Inc.
PO Box 788
Kirkland, WA 98083-0788

**RAS LaVrar, LLC**
425 Commerce Dr Ste 150
Ft Washington, PA 19034-2727

**Resurgent Capital Services**
Attn: Bankruptcy
PO Box 10587
Greenville, SC 29603

**Superior Court of New Jersey**
Mercer County
Attn: Bankruptcy
175 S Broad St
Trenton, NJ 08608-2401

**Toyota Motor Credit Corp.**
Attn: Bankruptcy
PO Box 9013
Addison, TX 75001

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-068