**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          §
                                                §   **CASE NO. 25-10797**
                                                §
**SEDEF GULSAN**                                §
**GALIP GULSAN**                                §
     **DEBTORS**

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR3 C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing | PHH Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
    **PO Box 10826**
    **Greenville, SC 29603-0826**

Court Claim # (if known): 27-1
Amount of Claim: $199,920.47
Date Claim Filed: 5/2/2025

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx5283**

Phone: (800) 449-8767
Last Four Digits of Acct.# xxxxxx**5283**

Name and Address where transferee payments should be sent (if different from above):

    **NewRez LLC d/b/a Shellpoint Mortgage Servicing**
    **PO Box 10826**
    **Greenville, SC 29603-0826**

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx5283**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Paul W. Cervenka
    Transferee/Transferee's Agent

Date:                     3/17/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before March 19, 2026 via U.S Mail.  All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**          *Via U.S. Mail*
Sedef Gulsan
23 White Spruce Ln
Levittown, PA 19054-3103


**Debtor**          *Via U.S. Mail*
Galip Gulsan
23 White Spruce Ln
Levittown, PA 19054-3103


Respectfully Submitted,

/s/ Paul W. Cervenka
Paul W. Cervenka

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE                    PAE_Shell_TOC_2510797_27_06HS_155